Filing # 220059115 E-Filed 04/01/2025 02:35:13 PM

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**IN AND FOR SARASOTA COUNTY, FLORIDA**

ANDY WOODSON,

Plaintiff,

vs.

WAL-MART STORES, INC., a
foreign corporation,

Defendant.
_______________________________________/

CASE NO.:
DIVISION:

# COMPLAINT

Plaintiff, ANDY WOODSON, by counsel, serves his Complaint, and alleges:

1. This is an action for damages that are in excess of fifty thousand dollars ($50,000.00), exclusive of interest and costs.

2. Defendant, WAL-MART STORES, INC., ("Wal-Mart"), is a foreign corporation licensed, authorized to and conducting business in Sarasota County, Florida.

3. On or about April 30, 2024, Wal-Mart was in exclusive possession and control of the building and premises located at 17000 Tamiami Trail, North Port, Sarasota County, Florida (hereafter "the Premises").

4. On or about April 30, 2024, Wal-Mart operated a retail facility at the Premises.

5. On or about April 30, 2024, Wal-Mart exclusively managed, maintained and controlled the Premises.

6. On or about April 30, 2024, Plaintiff was lawfully on the Premises as a business invitee.

7. On or about April 30, 2024, as Plaintiff was shopping in an ordinary, customary and foreseeable manner at the Premises, an employee of Defendant who was operating a motorized cart pusher struck Plaintiff with the carts.

8. At all times material hereto, Wal-Mart and its' employees had a duty to act reasonably in the maintenance, care, stocking and movement of carts located at the Premises, most especially in the vicinity of business invitees, including Plaintiff.

9. Wal-Mart and its employee breached its duty to Plaintiff by failing to act reasonably in the maintenance, care, stocking and movement of carts at the Premises by striking him with the carts.

10. As a legal, direct and proximate cause of Wal-Mart's breach of its duties, Plaintiff was injured and has suffered damages.

WHEREFORE, Plaintiff, ANDY WOODSON, demands judgment against Defendant, WAL-MART STORES, INC., for damages, costs and for such other and further relief as this Court deems necessary and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff, ANDY WOODSON, demands a trial by jury on all issues so triable.

Dated: April 1, 2025

**/s/ Daniel P. Osterndorf**
DANIEL P. OSTERNDORF
Florida Bar Number: 119751
PARDY & RODRIGUEZ, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Telephone: 407-481-0066
Facsimile: 407-648-9555
dosterndorf@pardyrodriguezlaw.com
Attorney for the Plaintiff